in the first and second degrees and grand larceny in the second degree.

*Ely Rosenberg* and *Cyril S. Landan* for appellant.

*Elvin N. Edwards, District Attorney (Charles I. Wood* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN and O'BRIEN, JJ. Dissenting: CRANE and KELLOGG, JJ.

---

GERALD M. LIVINGSTON et al., as Executors of CRAWFORD LIVINGSTON, Deceased, Appellants, *v.* HERBERT V. FALK, Respondent, and CHARLES R. DALGLEISH, Appellant.

*Contribution — judgment against three members of a stockholders' committee in action to recover overpayment for their services — controversy as to amount to be paid by each.*

*Livingston v. Falk,* 219 App. Div. 717, affirmed.

(Argued June 15, 1927; decided July 20, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 28, 1927, in favor of defendant, respondent, upon the submission of a controversy under sections 546–548 of the Civil Practice Act. Plaintiffs' testator and the two defendants were members of a stockholders' committee which took possession of and reorganized a certain corporation, paying themselves for their services by awarding to themselves various amounts of the preferred and common stock of the new company. Thereafter the new company, alleging that they had been overpaid, brought an action against them and recovered judgment in a substantial amount. The controversy was as to the amounts they should severally contribute towards payment of this judgment.

*John Preston Phillips* for plaintiffs, appellants.

*Harold B. Elgar* for defendant, appellant.

*William L. Wemple* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

FANNIE GELLIS, as Administratrix of the Estate of BENJAMIN GELLIS, Deceased, Respondent, *v.* AHNEMAN & YOUNKHEERE, INC., Defendant, and JACOB BENOVITZ, Appellant.

*Negligence — motor vehicles — passenger on motor truck struck by projecting timber on preceding truck.*

*Gellis* v. *Ahneman & Younkheere, Inc.,* 218 App. Div. 829, affirmed. (Argued June 15, 1927; decided July 20, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 29, 1926, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiffs' intestate alleged to have been occasioned through the negligence of defendants. Intestate was riding as a passenger southerly on Eighth avenue in the city of New York on the front seat of an automobile truck. Preceding it was another truck carrying lumber, a piece of which projected from the rear a distance of seven feet and six inches. At Thirty-fifth street the preceding truck stopped suddenly and the driver of the truck on which intestate was driving was not able to stop it until the projecting board crashed through the windshield and striking intestate inflicted injuries from which he died.

*Walter G. Evans* and *Grattan B. Shults* for appellant.

*Ralph G. Barclay, Morris Hillquit* and *Louis Rothbard* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, CRANE, KELLOGG and O'BRIEN, JJ. Dissent: CARDOZO, Ch. J., ANDREWS and LEHMAN, JJ.